# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TIMOTHY A. MCCAMEY,

    Plaintiff,

v.

SERGEANT SMITH,

    Defendant.

CASE NO. C17-0433-RSL-MAT

ORDER

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims against defendants Washington State, the DOC, Karlson, and Anderson, and his Eighth Amendment claim against defendant Smith, are DISMISSED with prejudice for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii); and

/ / /

/ / /

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

Dated this 16th day of June, 2017.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER
PAGE - 2