UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY A. MCCAMEY,

    Plaintiff,

    v.

SERGEANT SMITH,

    Defendant.

Case No. C17-433RSL

ORDER TO SHOW CAUSE

On December 20, 2017, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on December 28, 2017, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for March 16, 2018. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 4th day of January, 2018.

                              /s/ Robert S. Lasnik
                              Robert S. Lasnik
                              United States District Judge

ORDER TO SHOW CAUSE - 1